IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| MICHAEL C. WHITING, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:16-CV-261-D |
| | § | |
| ADRIAN LAMBERT, et al., | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

After making an independent review of the pleadings, files, and records in this case, the July 11, 2018 findings, conclusions, and recommendation of the magistrate judge, and plaintiff's August 7, 2018 objections, the court concludes the magistrate judge's findings and conclusions are correct. It is therefore ordered that plaintiff's January 29, 2018 motion for a temporary restraining order, motion for preliminary injunction, and motion for an (emergency) show cause hearing are denied, and his February 21, 2018 motion for a ruling on motion T.R.O. and motion for show cause hearing and preliminary injunction is denied without prejudice as moot.

**SO ORDERED**.

August 8, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE