| | |
|---|---|
| MICHAEL C. WHITING, § § Plaintiff, § § v. § 2:16-CV-261-Z-BR § ADRIAN LAMBERT, *et al.*, § § Defendants. § | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION TO GRANT DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT, DISMISS DEFENDANT LAMBERT, AND DISMISS THE COMPLAINT**

On January 23, 2020, the United States Magistrate Judge entered findings and conclusions in this case (ECF 87). The Magistrate Judge RECOMMENDS that the Motion for Summary Judgment filed by Defendant Thomas be GRANTED and the Joint Motion for Summary Judgment by Defendants Jefferson Rogers, Franklin D. Briant, Quinton Evans, Paul T. Duron, Dustin W. Brown, Brian Clark, Deana R. Davis-McBroom be GRANTED. The Magistrate Judge further RECOMMENDS that Defendant Adrian Lambert be DISMISSED for lack of service and that Plaintiff's complaint be DISMISSED, as no other claims remain. On February 7, 2020, the findings, conclusions, and recommendation were returned undeliverable and Plaintiff has not provided an updated address (ECF 88).

After making an independent review of the pleadings, files, and records in this case and the findings, conclusions, and recommendation of the Magistrate Judge, the Court concludes that the findings and conclusions are correct.

Accordingly, it is ORDERED that the findings, conclusions, and recommendation of the Magistrate Judge are ADOPTED and that Plaintiff's complaint (ECF 3) is DISMISSED.

**SO ORDERED**.

February 14, 2020.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE